UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

CIVIL ACTION NO. 13-96-DLB-HBG

KENNETH KELLEY, as the son, next of kin and heir at law of JIMMY L. KELLEY, deceased                    PLAINTIFF

vs.                                      ORDER

HOWARD BERGER COMPANY, et al.                    DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on Defendant Airsep Corporation's Motion for Summary Judgment. (Doc. # 61). Defendant argues it is entitled to summary judgment because there is no evidence to suggest that Plaintiff's decedent used Defendant's product at such a time and in such a manner that would support a claim for liability. In Response, Plaintiff indicates that he has considered the relevant discovery and has no opposition to Defendant's Motion. (Doc. # 86). Having reviewed the parties' filings, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that, for the reasons set forth in Defendant Airsep Corporation's Memorandum in Support of its Motion for Summary Judgment (Doc. # 62), Defendant Airsep Corporation's Motion for Summary Judgment (Doc. # 61) be, and is hereby, **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Airsep Corporation be, and are hereby, **dismissed with prejudice**.

1

This 6th day of March, 2014.



G:\DATA\ORDERS\Knoxville\13-96 Order on Unopposed MSJ re D Airsep.wpd

2