IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KENNETH L. KELLEY, as the son, next of kin, and heir at law of JIMMY L. KELLEY, deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | No.: 3:13-CV-096 |
| v. | ) ) ) | JURY DEMANDED REEVES/GUYTON |
| PRECISION MEDICAL, INC., JOHN DOE, APRIA HEALTHCARE, INC. INVACARE CORPORATION SHERWOOD HARSCO CORPORATION GAS & FLUID CONTROL GROUP, SHERWOOD VALVE, SHERWOOD VALVE, LLC, TAYLOR-WHARTON INTERNATIONAL, LLC, HARSCO CORPORATION, WIND POINT ADVISORS, LLC, and WIND POINT PARTNERS, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL AS TO PRECISION MEDICAL, INC., SHERWOOD VALVE LLC, HARSCO CORPORATION, TAYLOR-WHARTON INTERNATIONAL LLC, AND WIND POINT ADVISORS LLC**

This matter is before the Court on a Joint Motion for and Stipulation of Dismissal of Plaintiff's claims against Defendant Precision Medical, Inc. Sherwood Valve LLC, Harsco Corporation, Taylor-Wharton International LLC, and Wind Point Advisors LLC, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, wherein Plaintiff and the listed Defendants advise that all matters in controversy between them have been resolved. Accordingly, said parties request that the Court dismiss Plaintiff's claims against the listed

Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(2), with prejudice. Having reviewed the Joint Motion and Stipulation, and the Court being otherwise sufficiently advised,

IT IS ORDERED that Plaintiff's claims against Defendant Precision Medical, Inc., Sherwood Valve LLC, Harsco Corporation, Taylor-Wharton International LLC, and Wind Point Advisors LLC, be and are hereby dismissed with prejudice, with each party to bear its own costs.

ENTERED:

*[Signature]*
UNITED STATES DISTRICT JUDGE