# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| Kenneth L. Kelley _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Precision Medical, Inc. et al. _____ | ) |
| *Defendant* | ) |

Civil Action No.  3:13-cv-96

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*  Kenneth L. Kelley as son, next of kin, and heir at law of Jimmy L. Kelley  recover from the defendant *(name)*  Invacare Corporation  the amount of Twenty five thousand dollars  dollars ($  25,000.00  ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

                                                                                                                              .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

                                                                                                                              .

Date:  July 13, 2015

*CLERK OF COURT*

s/Brooke Ramsey, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*